IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TERRANCE ICE,<br><br>　　　　　　　　Defendant. | **4:19CR3037**<br><br>**ORDER** |

1) The Marshall shall release Defendant from custody to Dianne Lighthall upon her arrival on November 15, 2023.

2) Defendant shall comply with all terms of the order setting Defendant's conditions of release as stated in his sentencing order. (See Filing No. 54).

Dated this 15th day of November, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge